CHAMPION SPARK PLUG
COMPANY, Appellant,

v.

The GYROMAT CORPORATION,
Appellee.

No. 211, Docket 80–7516.

United States Court of Appeals,
Second Circuit.

Argued Dec. 1, 1980.

Decided Jan. 6, 1981.

---

908

Mark C. Schaffer, Emch, Schaffer, Schaub & Todd Co., L.P.A., Toledo, Ohio (John C. Vassil, Morgan, Finnegan, Pine, Foley & Lee, New York City, of counsel), for appellant.

Fritz L. Schweitzer, Jr., New York City (Michael A. Cornman, Mandeville & Schweitzer, New York City, of counsel), for appellee.

Before OAKES and MESKILL, Circuit Judges, and WERKER, District Judge.*

PER CURIAM:

We affirm on the memorandum opinion of the United States District Court for the District of Connecticut, Warren W. Eginton, Judge, 88 F.R.D. 526 (D.Conn.1980), declining to grant under Fed.R.Civ.P. 59 or 60(b)(2) a motion to reopen the trial proceedings on the basis of newly discovered evidence, filed following remand after *Champion Spark Plug Co. v. Gyromat Corp.*, 603 F.2d 361 (2d Cir. 1979), *cert. denied*, 445 U.S. 916, 100 S.Ct. 1276, 63 L.Ed.2d 600 (1980).

Appellee's request for double costs under 28 U.S.C. § 1912 and Fed.R.App.P. 38 is denied.

* Of the Southern District of New York, sitting by designation.